UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STEVEN E. POWELL, on behalf of himself and
those similarly situated,

        Plaintiff,

v.                                                      Case No. 5:09-cv-241-Oc-10GRJ

TOO YOUR HEALTH SPA, INC., a Florida
corporation,

        Defendant.
_____

## ORDER

Pending before the Court is Plaintiff Powell's Motion To Strike Spa's Ninth Affirmative Defense. (Doc. 7.) Defendant filed a response in opposition (Doc. 8) and, thus, this matter is ripe for review.

In his Complaint (Doc. 1), Plaintiff alleges a claim for unpaid overtime compensation under the Fair Labor Standards Act ("FLSA"). In response, Defendant raises a number of affirmative defenses, including the Ninth Affirmative Defense that "Plaintiff has failed and refused to mitigate his damages and, therefore, are [sic] not entitled to any relief." (Doc. 5.) Plaintiff has moved to strike this defense on the grounds that it is not an available defense under the FLSA. Defendant has not seriously objected to Plaintiff's motion.[1]

---

[1] While arguing that Plaintiff failed to comply with the requirements of Local Rule 3.01(g), Defendant did not seriously argue that the affirmative defense should not be stricken. Indeed, counsel for defendant noted that if opposing counsel had complied with the conference requirements of Local Rule 3.01(g), "the undersigned counsel would have stipulated to removing or waiving the ninth affirmative defense regarding the FLSA claim(s) and the duty to mitigate." Doc. 8 at 3.

The Plaintiff is correct that there is no requirement to mitigate overtime wages under the FLSA. Morrison v. Executive Aircraft Refinishing, Inc., 434 F.Supp.2d 1314, 1319 (S.D. Fla. 2005)("[i]t would seem to contradict the purposes of the FLSA if an employee were required, after working overtime hours, to secure alternative employment to mitigate his damages.") Where, as here, the defense is insufficient as a matter or law it is appropriate to strike the defense.

Accordingly, upon due consideration, Powell's Motion To Strike Spa's Ninth Affirmative Defense (Doc. 7) is **GRANTED**. Defendant's Ninth Affirmative Defense is hereby **STRICKEN**.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on August 4, 2009.

GARY R. JONES
United States Magistrate Judge

Copies to:
    All Counsel